**United States District Court**
**Eastern District of North Carolina**
Office of the Clerk
PO Box 25670
Raleigh, North Carolina 27611

Phone (919) 645-1700
Fax (919) 645-1750

Peter A. Moore, Jr.
Clerk of Court

May 18, 2026

**Brieania Shidae Pinnock**
67408-510
Tallahassee - F.C.I.
PO Box 5000
Tallahassee, FL 32314

Re:   Pinnock v. USA
      5:23-CR-210-1FL / 5:26-CV-49-FL
      **Notice to Pro Se Party Regarding Motion to Dismiss and
      Memorandum in Support
      – Filed 5/15/2026 at DE 132 and 133**

Dear Mr. Pinnock,

The respondent has filed a motion to dismiss regarding the above-captioned action. Local Civil Rule 7.1(f)(1), EDNC provides that you must respond to a motion within 21 days of the date of service of the motion.  If you fail to respond, the Court may grant the motion and your case will be dismissed.

Under Rule 5 of the Federal Rules of Civil Procedure and Local Civil Rule 5.1(f)(2), you also must serve a copy of anything that you file with the court on any party who is *not* a registered user of CM/ECF (i.e., a pro se party who has not registered for e-noticing).

Your material in opposition to the motion to dismiss must be filed on or before **June 11, 2026.**

Very truly yours,

Peter A. Moore, Jr., Clerk of Court

By: _____
Deputy Clerk

PAM/jmz